COHEN et al. v. WILLIAMSBURGH SAVINGS BANK et al. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Appeal from Special Term, New York County. Action by Louis S. Cohen and another against the Williamsburgh Savings Bank and Carlo Rossa. From a judgment for plaintiff against the last-named defendant, and dismissing the complaint as to the other defendant, defendant last named appeals. Affirmed, as modified. F. S. Chilton, for appellant. M. B. Rich, for respondents.

PER CURIAM. The judgment appealed from should be modified, by striking out the provision that the plaintiffs "have judgment against the defendant Carlo Rossa for the sum of $614.67, now held by the defendant, the Williamsburgh Savings Bank, with $38.78 costs, making a total of $698.45," and by striking out the further clause in the judgment, "that the defendant the Williamsburgh Savings Bank have judgment against the plaintiffs, dismissing the com-

plaint upon the merits, with $55 costs as taxed," and, as so modified, that the judgment be affirmed, without costs. Settle order on notice.